THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIRBY OWEN BURNETT, ADC #85918**                                    **PETITIONER**

v.                           Case No. 4:19-cv-00890-KGB

**DEXTER PAYNE**                                                     **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court dismisses petitioner Kirby Owen Burnett's petition for a writ of *habeas corpus* without prejudice and denies the requested relief.

It is so adjudged this 10th day of April, 2020.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge